# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 5:04CR00045-001 |
| LARRY DONNELL WILLIAMS ) | USM No: 19748-058 |
| ) | Haakon Thorsen |
| Date of Previous Judgment: 6/20/2005 ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ■ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
- ■ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 35           Amended Offense Level: 33
Criminal History Category: VI        Criminal History Category: VI
Previous Guideline Range: 235 to 293 months    Amended Guideline Range: 188 to 235 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):  The original sentence in this case was given outside the advisory guideline system, ie: a variance. No factors have changed since the original sentencing.

**III. ADDITIONAL COMMENTS**
*The defendant is also serving a consecutive sentence of 60 months in Count Four for a violation of 18 U.S.C. § 924(c).

Except as provided above, all provisions of the judgment dated 6/20/2005 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: April 27, 2011

Effective Date: April 27, 2011
(if different from order date)

Richard L. Voorhees
United States District Judge