IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:04CR45-RLV

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **SCHEDULING ORDER** |
| | ) | |
| LARRY DONNELL WILLIAMS | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the Judgment of the Fourth Circuit Court of Appeals, filed on February 22, 2013[1], remanding this case for re-sentencing.

**IT IS, THEREFORE, ORDERED THAT:**

1) This matter is hereby scheduled for re-sentencing on **Monday, August 5, 2013, at 2:00 PM,** in the United States Courthouse, 200 West Broad Street, 2nd floor Courtroom, Statesville, North Carolina; and

2) A copy of this Order shall be sent to the Defendant, Defense Counsel, United States Attorney, United States Marshal Service, United States Probation Office.

Signed: June 6, 2013

Richard L. Voorhees
United States District Judge

---

[1] Mandate issued on March 18, 2013.